1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   LISA CAGE,                                Case No. 1:13-cv-01741-SKO PC

11              Plaintiff,                     ORDER DISREGARDING NOTICES RE
                                               SAFETY CONCERNS
12        v.
                                               (Docs. 10, 11, and 12)
13   DEBRA K. JOHNSON,

14              Defendant.

15   _____/

16

17        Plaintiff Lisa Cage, a state prisoner proceeding pro se and in forma pauperis, filed this civil

18   rights action pursuant to 42 U.S.C. § 1983 on October 18, 2013.   On November 7, 2013,

19   November 15, 2013, and November 20, 2013, Plaintiff filed notices regarding safety concerns.

20   For the following reasons, the Court can take no action on Plaintiff's notices and they shall be

21   disregarded.

22        First, the notices do not seek any specific relief and are not styled as motions.   It is

23   improper for litigants to file notices or status reports, unless directed to do so by the Court.   To the

24   extent a litigant seeks relief to which she is legally entitled, the relief must be sought in a motion.

25        Second, to the extent the notices might be construed as seeking some form of injunctive

26   relief directed at addressing Plaintiff's general safety concerns, the Court lacks jurisdiction to issue

27   any such orders.   "A preliminary injunction is an extraordinary remedy never awarded as of right,"

28   *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 376 (2008)

(citation omitted), and for each form of relief sought in federal court, Plaintiff must establish standing, *Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010).  Plaintiff's complaint fails to state a claim for relief and she has been ordered to file an amended complaint.  As such, there is presently no justiciable case or controversy before the Court, precluding any entitlement to a preliminary injunction.  *Summers*, 555 U.S. at 493; *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); *Mayfield*, 599 F.3d at 969.

Based on the foregoing, Plaintiff's notices regarding safety concerns are HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

Dated:   **November 25, 2013**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

2